USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  :
DAVID ORTIZ DORTA, :
  :
          Plaintiff, :
  : **ORDER**
        -against- :
  : 18-CV-396 (JLC)
COMMISSIONER OF SOCIAL SECURITY, :
  :
          Defendant. :
  :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      By letter dated January 12, 2021, the Commissioner responded to plaintiff's motion for attorney's fees, raising an issue with counsel's eligibility for fees under the Equal Access to Justice Act. Dkt. No. 48. Accordingly, plaintiff is directed to file a reply letter to the Commissioner's submission no later than **January 20, 2021**.

      **SO ORDERED.**

Dated: January 12, 2021
       New York, New York

                                                      JAMES L. COTT
                                                    United States Magistrate Judge